IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Rita R. Patel, | : |
| Plaintiff, | : |
| v. | : Case No. 2:05-cv-0775 |
| Lowes Home Centers, Inc., et al.: | JUDGE HOLSCHUH |
| | MAGISTRATE JUDGE KEMP |
| Defendants. | : |

<u>ORDER</u>

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on February 16, 2007. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. This case is DISMISSED with prejudice. Further, defendant Lowes is ORDERED specifically to perform the part of the settlement agreement requiring it to refrain from instituting further criminal proceedings against Ms. Patel.


Date: March 23, 2007                    **/s/ John D. Holschuh**
                                         John D. Holschuh, Judge
                                         United States District Court